DAVE'S AUTOMOTIVE & TRANS-
MISSION REPAIR, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 74492.

Missouri Court of Appeals,
Western District.

Nov. 27, 2012.

F. Randall Waltz, III, Jefferson City,
MO, for Appellant.

Bart A. Matanic, Jefferson City, MO, for
Respondent.

Before Division IV: JAMES EDWARD
WELSH, Chief Judge, MARK D.
PFEIFFER, Judge, and DEBORAH
DANIELS, Special Judge.

### Order

PER CURIAM:

David L. Koenigsfeld, d/b/a Dave's Auto-
motive and Transmission Repair, appeals
from a decision by the Labor and Industri-
al Relations Commission, which found that
mechanics performed services for "wages"
in "employment" for Mr. Koenigsfeld,
within the meaning of those terms as de-
fined in the Missouri Employment Securi-
ty Law. Finding no error, we affirm in this
*per curiam* order and have provided the
parties with a legal memorandum explain-
ing our ruling today. Rule 84.16(b).